428 A.2d 265

Commonwealth v. Cron, Jr., Appellant.

Submitted March 21, 1980.  Joseph R. Gorman, for appellant;  Leonard Simpson, District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

The judgment of sentence of the lower court is hereby affirmed.

428 A.2d 265

Commonwealth v. Hicks, Appellant.

Submitted March 21, 1980.  Arthur J. King, Assistant Public Defender, for appellant;  Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

The order of the lower court is hereby affirmed.